STATE of Missouri,
Plaintiff–Respondent,

v.

Darryl MAYBERRY,
Defendant–Appellant.

Darryl MAYBERRY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 54625, 56396 and 57160.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1990.

Application to Transfer Denied
May 15, 1990.

Henry B. Robertson, Deborah B. Wafer, Asst. Public Defenders, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

In this consolidated appeal, defendant Darryl Mayberry, appeals from his conviction, after a jury trial, of second degree murder in violation of Section 565.021 RSMo and the denial of his 29.15 motion without an evidentiary hearing. He was sentenced to a term of twenty years, and committed to the Missouri Department of Corrections and Human Resources.

No jurisprudential purpose would be served by a written opinion in this case. The conviction of defendant is affirmed. Rule 30.25(b).